## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

          v.                          Case No. 12-cr- 40103-JPG

STEVEN A. ZWEIGART, II,

      Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Steven A. Zweigart, II's Motion to Compel Attorney Turner A. Rouse to Surrender Defendant's Case File (Doc. 490).  Attorney Turner A. Rouse Responded (Doc. 539) to Defendant's Motion stating that on or about August 1, 2014, he provided Defendant a copy of his records pertaining to Defendant's case 12-cr-40103.

As such, Defendant Steven A. Zweigart, II's Motion to Compel Attorney Turner A. Rouse to Surrender Defendant's Case File (Doc. 490) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:**  1/21/2015

                                  s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**